UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      :    Chapter 11
                                                           :
**JANICE CARRINGTON,**                                     :    Case No. 20-10034-LGB
                                                           :
                    Debtor.                                :
                                                           :
---------------------------------------------------------- x

# APPELLEE, UNITED STATES TRUSTEE'S, DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), William K. Harrington, the United States Trustee, as appellee, respectfully files his designation of additional items to be included in the record on appeal. *See* Notice of Appeal, Dkt. No. 354.[1]

## I. Pleadings and Filings

1. Dkt. No. 1, Chapter 13 Voluntary Petition for Individual.

2. Dkt. No. 10, Motion to Sell Property Free and Clear of Liens.

3. Dkt. No. 11, Motion to Convert Chapter 13 Case to Chapter 11.

4. Dkt. No. 14, Schedules.

5. Dkt. No. 21, Response to Motion to Sell.

6. Dkt. No. 30, Order Approving Debtor's Application for Approval of Sale.

7. Dkt. No. 33, Schedules.

8. Dkt. No. 34, Amended Schedules.

9. Dkt. No. 35, Declaration About Individual Debtor's Schedules.

---

[1] Designation of an item herein includes all exhibits and attachments to such item. For ease of reference, certain items designated herein are described with abbreviated titles.

10. Dkt. No. 37, Order Authorizing Release to Debtor of a Portion of Net Sale Proceeds.

11. Dkt. No. 38, Notice of Sale – Notice of Closing of Sale.

12. Dkt. No. 39, Notice of Settlement of an Order Converting Case from Chapter 13 to Chapter 11.

13. Dkt. No. 50, Order Converting Debtor's Chapter 13 Case to Chapter 11.

14. Dkt. No. 54, Chapter 13 Trustee's Final Report and Account.

15. Dkt. No. 60, Statement of Financial Affairs – Individual.

16. Dkt. No. 61, Chapter 11 Statement of Current Monthly Income.

17. Dkt. No. 65, Motion to Withdraw as Attorney.

18. Dkt. No. 66, Amended Motion to Withdraw as Attorney.

19. Dkt. No. 69, Motion to Convert Chapter 11 Case to Chapter 7.

20. Dkt. No. 70, Motion to Withdraw as Attorney.

21. Dkt. No. 71, Notice of Substitution of Attorney for Debtor.

22. Dkt. No. 72, Notice of Presentment of Application for Order Approving the Retention of Weltman & Moskovitz, LLP, as Bankruptcy Counsel.

23. Dkt. No. 73, Notice of Presentment of Application for Order Approving the Retention of Vernon Consulting, Inc., as Financial Advisor.

24. Dkt. No. 74, Operating Report April 22, 2020 through April 30, 2020.

25. Dkt. No. 75, Monthly Operating Report for May 2020.

26. Dkt. No. 76, Operating Report for June 2020.

27. Dkt. No. 78, Transcript of Hearing Held on 6/16/20.

28. Dkt. No. 79, Amended Voluntary Petition.

29. Dkt. No. 80, Amended Schedules.

30. Dkt. No. 81, Amended Statement of Financial Affairs.

31. Dkt. No. 82, Affidavit Pursuant to LR 1007-2.

32. Dkt. No. 83, Final Application for Final Professional Compensation for Shafferman & Feldman.

33. Dkt. No. 85, Order Signed on 8/3/2020 Granting Chapter 13 Counsel, Lieber & Liber, LP, Permission to Withdraw.

34. Dkt. No. 87, Amended Voluntary Petition.

35. Dkt. No. 88, Order Signed on 8/5/2020 Approving the Retention of Vernon Consulting, Inc.

36. Dkt. No. 89, Order Signed on 8/5/2020 Approving the Retention of Weltman & Moskovitz, LLP.

37. Dkt. No. 90, Order Signed on 8/12/2020 Permitting Shafferman & Feldman LLP to Withdraw as Debtor's Counsel.

38. Dkt. No. 91, Monthly Operating Report for July 2020.

39. Dkt. No. 98, Monthly Operating Report for August 2020.

40. Dkt. No. 100, Notice of Adjournment of Hearing.

41. Dkt. No. 102, Monthly Operating Report for September 2020.

42. Dkt. No. 104, Notice of Adjournment of Hearing.

43. Dkt. No. 105, Amended Operating Report for May 2020.

44. Dkt. No. 106, Amended Operating Report for June 2020.

45. Dkt. No. 107, Amended Operating Report for July 2020.

46. Dkt. No. 108, Amended Operating Report for Aug. 2020.

47. Dkt. No. 109, Amended Operating Report for September 2020.

48. Dkt. No. 110, Operating Report for October 2020.

49. Dkt. No. 112, Monthly Operating Report for November 2020.

50. Dkt. No. 113, Application to Employ Michael Kasen as Attorney for Debtor.

51. Dkt. No. 114, Notice of Hearing.

52. Dkt. No. 115, Operating Report December.

53. Dkt. No. 116, Application for Final Professional Compensation for Weltman & Moskowitz, LLP.

54. Dkt. No. 117, Application for Final Professional Compensation for Vernon Consulting Inc.

55. Dkt. No. 120, Statement of Weltman & Moskowitz, LLP.

56. Dkt. No. 122, Monthly Operating Report January.

57. Dkt. No. 124, Notice of Hearing.

58. Dkt. No. 127, Order Signed 3/05/21 Granting Application for Final Professional Compensation.

59. Dkt. No. 129, Notice of Hearing.

60. Dkt. No. 130, Order Signed on 3/12/2021 Re: Authorizing Retention of Kasen & Kasen, P.C.

61. Dkt. No. 131, Monthly Operating Report.

62. Dkt. No. 132, Notice of Hearing.

63. Dkt. No. 133, Response to Motion – Response of Shafferman & Feldman LLP to fee applications.

64. Dkt. No. 134, Statement in further support of motion to convert case.

65. Dkt. No. 135, Notice of Hearing/status conference.

66. Dkt. No. 137, Scheduling Order Signed on 4/6/2021.

67. Dkt. No. 139, Objection to Motion.

68. Dkt. No. 140, Application to Employ Reba Miller as Real Estate Broker.

69. Dkt. No. 143, So Ordered Joint Stipulation and Order Signed On 4/28/2021.

70. Dkt. No. 144, Motion for Relief from Stay as to the property 524 E. 72nd St., Apt. 31F.

71. Dkt. No. 146, Transcript Regarding Hearing Held on 04/20/21.

72. Dkt. No. 148, Order signed on 5/19/2021 Granting Application for Final Professional Compensation.

73. Dkt. No. 149, Order signed on 5/20/2021 Granting Application for Final Professional Compensation.

74. Dkt. No. 150, Response to Motion.

75. Dkt. No. 152, Notice of Withdrawal Motion for Relief from Stay.

76. Dkt. No. 153, Monthly Operating Report April, 2021.

77. Dkt. No. 155, Monthly Operating Report May 2021.

78. Dkt. No. 156, Motion for Objection to Claim(s) Number: 1.

79. Dkt. No. 157, Motion for Objection to Claim(s) Number: 2.

80. Dkt. No. 158, Motion for Objection to Claim(s) Number: 4.

81. Dkt. No. 159, Motion for Objection to Claim(s) Number: 5.

82. Dkt. No. 160, Motion for Objection to Claim(s) Number: 7.

83. Dkt. No. 161, Motion for Objection to Claim(s) Number: 8.

84. Dkt. No. 162, Motion for Objection to Claim(s) Number: 10.

85. Dkt. No. 163, Motion for Objection to Claim(s) Number: 12.

86. Dkt. No. 165, Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2021.

87. Dkt. No. 166, Opposition to Debtor's Motion for Objection to Claim Number 7.

88. Dkt. No. 167, Chapter 11 Plan of Reorganization.

89. Dkt. No. 168, Disclosure Statement.

90. Dkt. No. 169, Response to Motion.

91. Dkt. No. 170, Affirmation in Opposition to Debtor's Objection to Claim.

92. Dkt. No. 171, Opposition.

93. Dkt. No. 172, Declaration in Opposition to Claim Objection.

94. Dkt. No. 174, Order Signed on 8/5/2021 Re: Granting in Part and Denying in Part Debtors Objection to the Proof of Claim of Wells Fargo Bank, N.A.

95. Dkt. No. 176, Notice of Hearing Relating to US trustee motion to convert or dismiss.

96. Dkt. No. 177, Notice of Withdrawal Objection to Claim 7.

97. Dkt. No. 178, Notice of Withdrawal Objection to Claim 12.

98. Dkt. No. 179, Supplemental Motion for Objection to Claim(s) Number: 2.

99. Dkt. No. 181, Objection to Disclosure Statement and Plan of Reorganization.

100. Dkt. No. 182, Objection of Vernon Consulting, Inc. to Debtor's Disclosure Statement.

101. Dkt. No. 184, Opposition to Debtor's objection to Claim No. 10.

102. Dkt. No. 185, Memorandum of Law Regarding Collateral Estoppel and Statute of Limitations.

103. Dkt. No. 187, Notice of Hearing.

104. Dkt. No. 188, Order Signed on 9/13/2021 Re: Granting Debtor's Objection to Claim Number 2.

105. Dkt. No. 189, Motion to Withdraw as Attorney.

106. Dkt. No. 191, Opposition Brief in Support of Claim No. 4.

107. Dkt. No. 194, Application to Employ Law Office of Rachel S. Blumenfeld PLLC as Attorney for Debtor.

108. Dkt. No. 197, Order Signed on 9/30/21 Re: Granting Kasen & Kasen, P.C.'s Motion to Withdraw as Counsel to the Debtor.

109. Dkt. No. 199, Order Signed on 10/1/2021 Re: Granting the Application of the Debtor Pursuant to Section 327(a).

110. Dkt. No. 200, Reply to Motion.

111. Dkt. No. 201, Objection to Disclosure Statement.

112. Dkt. No. 202, Chapter 11 Monthly Operating Report for the Month Ending: 03/31/2021.

113. Dkt. No. 203, Chapter 11 Monthly Operating Report for the Month Ending: 7/31/2021.

114. Dkt. No. 204, Chapter 11 Monthly Operating Report for the Month Ending: 8/31/2021.

115. Dkt. No. 205, Sur-Reply to Motion.

116. Dkt. No. 206, Chapter 11 Monthly Operating Report for the Month Ending: 9/30/2021.

117. Dkt. No. 207, Application for Final Professional Compensation for Kasen & Kasen, P.C.

118. Dkt. No. 208, Objection to Disclosure Statement.

119. Dkt. No. 209, Order Signed on 10/19/2021 Re: Overruling Debtors Objection to Third Federal Savings & Loan's Proof of Claim No. 4.

120. Dkt. No. 211, Reply to Motion.

121. Dkt. No. 212, Affidavit/Exhibit "A".

122. Dkt. No. 214, Order Signed on 10/21/2021 Re: Granting the U.S. Trustee's Motion for an Order to Convert this Chapter 11 Case to a Chapter 7 Case.

123. Dkt. No. 215, Objection to Motion/fee application.

124. Dkt. No. 216, Objection to Motion (Amended).

125. Dkt. No. 217, Objection to Motion Fee Application of Kasen & Kasen.

126. Dkt. No. 218, Reply to Motion Reply to Debtor's Objection to Fee Application.

127. Dkt. No. 219, Reply to Motion Reply to UST Objection to Fee Application.

128. Dkt. No. 220, Motion to Sell Property Free and Clear of Liens Under Section 363(f).

129. Dkt. No. 222, Order Signed on 11/23/2021 Granting Application for Final Professional Compensation.

130. Dkt. No. 224, Debtor-in-Possession Monthly Operating Report for Filing Period October 2021.

131. Dkt. No. 225, Objection to Motion (Limited) to Sale Motion.

132. Dkt. No. 226, Transcript Regarding Hearing Held on 11/23/21.

133. Dkt. No. 227, Application to Employ Gary J. Wachtel, Esq. as Special Real Estate Counsel.

134. Dkt. No. 230, Order Signed on 12/9/2021 Re: Authorizing (I) the Debtor to Sell the Condominium Unit Located at 200 Est 69th Street, Apartment 19b.

135. Dkt. No. 231, Affidavit Lar Dan Affidavit.

136. Dkt. No. 232, Order Signed on 12/16/2021 Re: Authorizing and Approving Retention of Gary J. Wachtel, Esq. as Special Real Estate Counsel.

137. Dkt. No. 233, Letter / Closing Statement for Premises Unit # 19B 200 East 69th Street.

138. Dkt. No. 236, Debtor-in-Possession Monthly Operating Report for Filing Period 12/1/2021-12/31/2021.

139. Dkt. No. 237, Letter Adjourning all matters.

140. Dkt. No. 238, Debtor-in-Possession Monthly Operating Report for Filing Period November 2021.

141. Dkt. No. 239, Motion to Approve Compromise.

142. Dkt. No. 240, Application for Interim Professional Compensation for the Law Office of Rachel S. Blumenfeld PLLC.

143. Dkt. No. 241, Letter.

144. Dkt. No. 242, Debtor-in-Possession Monthly Operating Report for Filing Period January 2022.

145. Dkt. No. 243, Application to Employ Gary J. Wachtel, Esq. as Special Counsel to the Debtor.

146. Dkt. No. 244, Affidavit / Supplemental Affidavit of Gary J. Wachtel, Esq.

147. Dkt. No. 245, Response to Motion Fee Application of Law Office of Rachel S. Blumenfeld, PLLC.

148. Dkt. No. 246, Response to Motion Fee Application for Interim Professional Compensation for Rachel S. Blumenfeld.

149. Dkt. No. 247, Response to Motion Joinder of Vernon Consulting Inc.

150. Dkt. No. 248, Motion to Approve Compromise.

151. Dkt. No. 249, Motion to Approve Compromise.

152. Dkt. No. 252, Reply to Motion.

153. Dkt. No. 253, Order Signed on 3/25/2022 Re: Authorizing and Approving Retention of Gary J. Wachtel, Esq., as Special Real Estate Counsel.

154, Dkt. No. 254, Debtor-in-Possession Monthly Operating Report for Filing Period February 2022.

155. Dkt. No. 256, Letter to Judge Beckerman.

156. Dkt. No. 257, Stipulation / Amended to reflect disposition of remaining escrow funds.

157. Dkt. No. 258, Order Signed on 4/4/2022 Re: Approving Stipulation and Order Between the Debtor and Creditor Keith E. Maynard.

158. Dkt. No. 259, Withdrawal of Claim(s): 14-1 and 15-1.

159. Dkt. No. 260, Order Signed on 4/12/2022 Granting Application for Interim Professional Compensation.

160. Dkt. No. 261, So Ordered Stipulation Signed on 4/28/2022.

161. Dkt. No. 262, So Ordered Stipulation Signed on 4/28/2022.

162. Dkt. No. 263, Debtor-in-Possession Monthly Operating Report for Filing Period March 2022.

163. Dkt. No. 264, Letter adjourning all matters.

164. Dkt. No. 266, Debtor-in-Possession Monthly Operating Report for Filing Period April 2022.

165. Dkt. No. 267, Debtor-in-Possession Monthly Operating Report for Filing Period 5/12-22-5/31/2022.

166. Dkt. No. 268, Disclosure Statement.

167. Dkt. No. 269, Motion to Approve.

168. Dkt. No. 270, Response to Motion.

169. Dkt. No. 271, Motion for Relief from Stay re: 3803 Valencia Grove Lane, Orlando, Florida.

170. Dkt. No. 272, Debtor-in-Possession Monthly Operating Report for Filing Period July 2022.

171. Dkt. No. 273, Debtor-in-Possession Monthly Operating Report for Filing Period June 2022.

172. Dkt. No. 275, Transcript regarding Hearing Held on 06/15/22.

173. Dkt. No. 276, Objection to Confirmation of Plan.

174. Dkt. No. 277, Objection to Disclosure Statement and Plan.

175. Dkt. No. 278, Objection to Motion.

176. Dkt. No. 279, Notice of Withdrawal - Withdrawal of Objection of Vernon Consulting Inc. to Debtor's Disclosure Statement.

177. Dkt. No. 282, Transcript regarding Hearing Held on 09/29/22.

178. Dkt. No. 283, Notice of Withdrawal of the Motion for Relief from Stay.

179. Dkt. No. 285, Application for Interim Professional Compensation for Rachel S. Blumenfeld.

180. Dkt. No. 287, Letter from Vernon Consulting Inc.

181. Dkt. No. 289, Declaration in connection with Scheduling Order and Motion to convert.

182. Dkt. No. 291, Debtor-in-Possession Monthly Operating Report for Filing Period September 2022.

183. Dkt. No. 292, Debtor-in-Possession Monthly Operating Report for Filing Period interactive September MOR.

184. Dkt. No. 293, Debtor-in-Possession Monthly Operating Report for Filing Period October 2022.

185. Dkt. No. 294, Debtor-in-Possession Monthly Operating Report for Filing Period October 2022.

186. Dkt. No. 295, Motion to Withdraw as Attorney filed by Rachel S. Blumenfeld.

187. Dkt. No. 297, Order Signed on 12/20/2022 Granting Application for Interim Professional Compensation.

188. Dkt. No. 298, Transcript regarding Hearing Held on 12/14/22.

189. Dkt. No. 299, Order Signed on 1/12/2023 Re: Granting Motion to Withdraw as Attorney of Record.

190. Dkt. No. 300, Application for Final Professional Compensation for Rachel S. Blumenfeld.

191. Dkt. No. 301, Application for Final Professional Compensation for Gary Wachtel, Esq.

192. Dkt. No. 303, Transcript regarding Hearing Held on 08/04/21.

193. Dkt. No. 304, Response to Motion.

194. Dkt. No. 305, Response of Weltman & Moskovitz, LLP.

195. Dkt. No. 306, Notice of Presentment of Order Approving a Loan Modification Agreement.

196. Dkt. No. 307, Objection to Motion.

197. Dkt. No. 308, Affidavit Application for Allowance of Supplemental Fees.

198. Dkt. No. 309, Transcript regarding Hearing Held on 1/11/2023.

199. Dkt. No. 311, Order signed on 2/21/2023 Scheduling Deadline for the Debtor's Filing.

200. Dkt. No. 313, Order Signed on 2/21/2023 Authorizing Loan Modification Agreement.

201. Dkt. No. 314, Order Signed on 3/22/2023 Granting Application for Final Professional Compensation.

202. Dkt. No. 315, Chapter 11 Monthly Operating Report for the Month Ending: 02/28/2023.

203. Dkt. No. 316, Chapter 11 Monthly Operating Report for the Month Ending: 3/31/23.

204. Dkt. No. 317, Motion for Objection to Claim(s) Number: 9-2.

205. Dkt. No. 319, Objection / Notice of Objection to Compensation and Expenses for Vernon Consulting, Inc.

206. Dkt. No. 322, Response Objection and Response of Vernon Consulting Inc.

207. Dkt. No. 323, Notice of Hearing.

208. Dkt. No. 326, Order Signed on 5/17/2023 Re: Extending the Deadline for the Debtor's Filing of a Revised Disclosure Statement.

209. Dkt. No. 327, Response to Motion Response and Opposition of the Board of Managers.

210. Dkt. No. 328, Affidavit Declaration of Janine Cebollero.

211. Dkt. No. 329, Affidavit Declaration of Barbara Berrisford.

212. Dkt. No. 330, Affidavit Declaration of Janine Cebollero.

213. Dkt. No. 333, Letter Requesting Status Conference.

214. Dkt. No. 334, Letter Noticing Status Hearing with Respect to Sale of Real Property Located at 3803 Valencia Grove Lane, Orlando, FL.

215. Dkt. No. 335, Motion to Authorize the Sale of 3803 Valencia Grove Lane, Orlando, Florida.

216. Dkt. No. 337, Order Signed on 6/13/2023 Re: Relating to the Unauthorized Sale of Real Property Located at 3803 Valencia Grove Lane, Orlando Florida.

217. Dkt. No. 347, Amended Transcript regarding Hearing Held on 02/16/23.

218. Dkt. No. 348, Amended Transcript regarding Hearing Held on 02/09/23.

219. Dkt. No. 338, Disclosure Statement filed by Janice Carrington.

220. Dkt. No. 339, Statement / Contract of Sale.

221. Dkt. No. 340, Motion to Shorten Time.

222. Dkt. No. 341, Motion to Convert Chapter 11 Case to Chapter 7.

223. Dkt. No. 342, Scheduling Order Signed on 6/20/2023 Re: Order Shortening Time and Scheduling Hearing.

224. Dkt. No. 346, Objection to Motion.

225. Dkt. No. 349, Order Signed on 6/23/2023 Granting Motion to Convert Chapter 11 Case to Chapter 7.

226. Dkt. No. 350, Notice of Appointment of Trustee Salvatore LaMonica.

227. Dkt. No. 352, Transcript Regarding Hearing Held on 05/16/2023.

228. Dkt. No. 354, Notice of Appeal.

229. Dkt. No. 355, Transcript regarding Hearing Held on 06/23/2023.

## II. Bankruptcy Case Docket Report

230. Docket Sheet, *In re Janice Carrington*, Bankr. Case No. 20-10034-LGB.

DATED: New York, New York  
      July 31, 2023

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE

By: ***/s/ Andrew D. Velez-Rivera***

| | |
|---|---|
| RAMONA D. ELLIOTT<br>Deputy Director/General Counsel<br>P. MATTHEW SUTKO<br>Associate General Counsel<br>BETH A. LEVENE<br>Trial Attorney | WILLIAM K. HARRINGTON<br>United States Trustee for Region 2<br>LINDA A. RIFFKIN<br>Assistant United States Trustee<br>GREG M. ZIPES<br>ANDREW D. VELEZ-RIVERA<br>Trial Attorneys |
| U.S. Department of Justice<br>Executive Office for<br> United States Trustees<br>441 G Street, NW, Suite 6150<br>Washington, DC 20530<br>Tel: (202) 307-1399 | U.S. Department of Justice<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Suite 534<br>New York, New York 10004<br>Tel: (212) 510-0500<br>Fax: (212) 225-6688 |