UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Janice Carrington,

                              Debtor.

Janice Carrington,

                              Appellant,

              -against-

Salvatore LaMonica and William K. Harrington,
United States Trustee,

                              Appellees.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED:  1/5/2024  _____        │
└─────────────────────────────────────┘
```

23 Civ. 6430 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

Before the Court is the Report and Recommendation ("R&R"), ECF No. 26, from the Honorable Robert W. Lehrburger, recommending that the Court affirm an order of the Bankruptcy Court for the Southern District of New York (the "Conversion Order").

On July 25, 2023, Debtor *pro se* appealed the Conversion Order, which converted her case from one under Chapter 11 to one under Chapter 7. ECF Nos. 1, 6. The Bankruptcy Court found multiple grounds justifying conversion of the case, "including several acts of gross mismanagement, failure to comply with reporting requirements, and failure to timely file a confirmable plan." R&R at 11.

After careful consideration of Debtor's circumstances, Judge Lehrburger issued the R&R, proposing that the Court affirm the Conversion Order. *See* R&R at 16. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *Id.*; *see* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error.

Accordingly, the Court ADOPTS Judge Lehrburger's R&R in its entirety. The Conversion Order is AFFIRMED. The Clerk of Court is directed to enter judgment consistent with this order, mail a copy of this order to Debtor *pro se*, and close the case.

SO ORDERED.

Dated: January 5, 2024
       New York, New York

_____
        ANALISA TORRES
    United States District Judge