UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JANICE CARRINGTON,

      Debtor.
-----------------------------------------------------------X
JANICE CARRINGTON,

      Appellant,      23 **CIVIL** 6430 (AT)(RWL)

  -against-         **JUDGMENT**

SALVATOR E LAMONICA and WILLIAM K.
HARRINGTON, UNITED STATES TRUSTEE,

      Appellees.
-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 05, 2024, the Court ADOPTS Judge Lehrburger's R&R in its entirety. The Bankruptcy Court's Conversion Order is hereby affirmed and the appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
   January 05, 2024

                **RUBY J. KRAJICK**

                _____
                **Clerk of Court**

           **BY:** _____
                **Deputy Clerk**